AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

CLERK'S OFFICE

2004 FEB -4  P 12: 27

RAVEN PRODUCTS INC.

V.

MANSFIELD PLUMBING PRODUCTS, LLC

SUMMONS IN A CIVIL CASE
DISTRICT OF MASS.

CASE NUMBER:

**04 CV 10092 RWZ**

TO: (Name and address of Defendant)

Mansfield Plumbing Products, LLC
150 East 1st Street
Perrysville, OH 44864

C/O National Registered Agents, Inc.
145 Baker Street
Marion, OH 43302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Emily R. Donovan
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

RECEIVED
JAN 23 2004
SHERIFF'S OFFICE
MARION COUNTY, OHIO

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

# THE MARION COUNTY SHERIFF'S OFFICE

889 MARION WILLIAMSPORT ROAD MARION, OHIO 43302 740-382-8244 FACSIMILE 740-387-1067

JOHN H. BUTTERWORTH
SHERIFF



TIM BAILEY
CHIEF DEPUTY

MARION COUNTY SHERIFF'S OFFICE CIVIL PROCESS FEES

CASE NUMBER  C4CV10092-R

DATE RECEIVED  1-23-04

DATE SERVED  1-27-04

✓ PERSONAL SERVICE  to Jodi DWH

___ RESIDENTIAL SERVICE

___ UNABLE TO SERVE

Record # 17012
National Reg Agent

JOHN H. BUTTERWORTH - SHERIFF

D. Kitzmiller
SERVED BY

SERVICE FEE  6.00

MILEAGE  3.50

POSTAGE  _____

TOTAL  9.50