UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAVEN PRODUCTS INC., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Docket No.: 04 CV 10092 RWZ |
| MANSFIELD PLUMBING PRODUCTS, LLC., | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

It is hereby stipulated by and among Raven Products Inc. ("Raven") and Mansfield Plumbing Products, LLC ("Mansfield")(collectively, the "Parties"), through their respective counsel, and it is hereby ORDERED, ADJUDGED AND DECREED by the Court based upon consideration of the agreement of the Parties and their stipulation to the entry of this Order, as follows:

(1) Raven dismisses, with prejudice, all of its claims asserted in this matter against Mansfield;

(2) Each party shall bear its or his own costs and attorneys' fees; and

(3) The Court shall retain exclusive jurisdiction of this action to enforce the terms of

the Parties' Settlement Agreement, dated as of March 5, 2004, in all respects.

        Respectfully submitted,

        RAVEN PRODUCTS INC.


        __/s/ Emily R. Donovan_____
        Emily R. Donovan (BBO# 632867)
        SEYFARTH SHAW, LLP
        Two Seaport Lane, Suite 300
        Boston, MA  02210
        Telephone:  (617) 946-4935
        Facsimile: (617) 946-4800

<u>Of Counsel:</u>

Alan L. Unikel
David L. Newman
SEYFARTH SHAW LLP
Attorneys for Plaintiff
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
Telephone:  (312) 346-8000
Facsimile:  (312) 269-8869


        IT IS SO ORDERED.


DATE: _____       _____
                              Judge